## EXHIBIT "A"

## TASKS PERFORMED BY TRUSTEE

| | | |
|---|---|---:|
| 1.  | Review schedules | .25 |
| 2.  | Creditors meetings and examinations | .25 |
| 3   | Opening of estate money market account | .50 |
| 4.  | Preparation of deposit slips and trips to bank | .50 |
| 5.  | Obtain federal identification number from IRS | .50 |
| 6.  | Ledger and DOJ Form 1 and Form 2 entries | 1.00 |
| 7.  | Checking of claims docket and individual claims | .50 |
| 8.  | Preparation of Final Report | 3.00 |
| 9.  | Attendance at Final Hearing (anticipated time) | 1.00 |
| 10. | Preparation of revised distribution schedule, cutting of checks, preparation of Final Account after distribution (anticipated time) | 1.50 |
| | TOTAL HOURS | 9.00 |