UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| THURMAN D. NEWSON | ) | |
| | ) | CASE NO. 08 B 20689 |
| DEBTOR | ) | |
| | ) | HON. CAROL A. DOYLE |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U. S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604

    On: **March 17, 2009**         Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | | |
    |---|---|---|
    | Receipts | $ | 3,600.33 |
    | Disbursements | $ | 0 |
    | Net Cash Available for Distribution | $ | 3,600.33 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Allan J. DeMars, trustee | $ None | $ 900.08 | $ 19.64 |
    | Allan J. DeMars, attorney | $ None | $1,000.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00   must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $8,462.96   have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 19.85841%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Capital Recovery II, as assignee of HSBC | $ 2,892.83 | $ 574.47 |
| 2 | Dell Financial Services LLC | 1,708.90 | 339.36 |
| 3 | Capital One Bank (USA) NA | 1,870.59 | 371.47 |
| 4 | PYOD LLC as assignee of Citibank | 645.07 | 128.10 |
| 5 | PYOD LLC as assignee of Citibank | 255.80 | 50.80 |
| 6 | GE Money Bank (Sam's Club) | 1,089.77 | 216.41 |
|   |   | $ 8,462.96 | $ 1,680.61 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor  has  been discharged.

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: Debtor's residence: $149,000.00; checking account: $250.00; household goods: $1,000.00; clothing: $500.00; term life insurance: $0.

Dated:   **February 20, 2009**                                                                             For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:   Allan J. DeMars
Address:   100 W. Monroe - Suite 910
           Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1              Date Rcvd: Feb 20, 2009
Case: 08-20689                Form ID: pdf002             Total Served: 22

The following entities were served by first class mail on Feb 22, 2009.
db            +Thurman D. Newson,    445 W. 100th Street,    Chicago, IL 60628-1957
12832161      +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
                NORCROSS, GA 30091-5155
12495903       CBE Group,   Payment Processing Center,    Box 3251,    Milwaukee, WI 53201-3251
12495902      +Capital One Bank,   Po Box5294,    Carol Stream, IL 60197-5294
12495904      +Citibank Usa,   Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12495905      +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
12495906      +Dell Financial Services,    12234 North Ih 35,   Austin, TX 78753-1724
12721004       Dell Financial Services, LLC,    c/o Resurgent Capital Services?,    P.O. Box 10390,
                Greenville, SC 29603-0390
12495907      +Directv,   Po Box 78626,    Phoenix, AZ 85062-8626
12495909      +HSBC,   Attn: Bankruptcy,    Po Box 5213,   Carol Stream, IL 60197-5213
12495908       Home Depot,   Bankruptcy Dept,    PO Box 689100,    Des Moines, IA 50368-9100
12495910       John P. Frye, P.C.,    P.O. Box 13665,    Roanoke, VA 24036-3665
12495911      +Ntb/cbsd,   Po Box 6003,    Hagerstown, MD 21747-6003
12900802       PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
12495913      +Sears/cbsd,   Po Box 20363,    Kansas City, MO 64195-0363
12495914      +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
12495915      +Shorebank,   7936 S Cottage Grove Ave,    Chicago, IL 60619-3990
12495916      +Target,   Po Box 9475,   Minneapolis, MN 55440-9475
12495917      +Target Nb,   Po Box 673,    Minneapolis, MN 55440-0673
The following entities were served by electronic transmission on Feb 20, 2009.
12950499      +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2009 23:42:05      GE Money Bank,   dba SAM'S CLUB,
                Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
12495910       E-mail/Text: JPF-EBN@jpfryelaw.com                            John P. Frye, P.C.,   P.O. Box 13665,
                Roanoke, VA 24036-3665
12698538      +E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2009 23:42:33
                Recovery Management Systems Corporation,    For Capital Recovery II,   As Assignee of HSBC,
                25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
12495912      +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2009 23:42:01      Sams Club,
                Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2009**                         **Signature:**   _Joseph Speetjens_