UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THURMAN D. NEWSON | ) | Hon. CAROL A. DOYLE |
| | ) | |
| | ) | Case No.  08 B 20689 |
| | ) | |

**Trustee's Final Account
and
<u>Application to Close Case and Discharge Trustee</u>**

To:   The Honorable CAROL A. DOYLE
      United States Bankruptcy Judge

Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated:  April 20, 2009            /s/ Allan J. DeMars
                                         Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )  Case No. 08 B 20689
THURMAN D. NEWSON                         )  Hon.  CAROL A. DOYLE
                                          )  Chapter 7
            Debtor                        )

ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:
1.   Trustee's compensation              $ 900.08
     Allan J. DeMars
2.   Trustee's expenses                  $  19.64
     Allan J. DeMars
                              TOTAL      $ 919.72

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:
1.   Attorney for the Trustee
     a.   Compensation                   $ 1000.00
          Allan J. DeMars
     b.   Expenses                       $

2.   Accountant for the Trustee
     a.   Compensation                   $

     b.   Expenses                       $

3.   Other professional
     (list each professional separately)

                              Total      $ 1000.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 2009

                                   Enter:_____
                                         Bankruptcy Judge

ENTERED
MAR 17 2009
CAROL A. DOYLE
BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      )  Case No. 08 B 20689
THURMAN D. NEWSON                     )  Hon.  CAROL A. DOYLE
                                      )  Chapter 7
                Debtor                )

## DISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

<u>SUMMARY OF DISTRIBUTION</u>:
Fees and Expenses  Trustee: $  919.72
                   Attorney:$ 1000.00            $    1919.72
Chapter 7 Administrative Expenses:               $
Chapter 11 Administrative Expenses:              $
Priority Claims (507(a)(3)-(a)(7)):              $
Secured Tax Liens:                               $
Priority Tax Claims:                             $
General Unsecured Claims:                        $    1680.76
Other:_____      $
<u>TOTAL AMOUNT TO BE DISTRIBUTED</u>:                $    3600.48

REPORT OF DISTRIBUTION

|  | TOTAL | FINAL |
|---|---|---|
| 1.  TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $1,919.72 | 100% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Allan J. DeMars: | trustee's fees | $  900.08 | $  900.08 |
|  | expenses | 19.64 | 19.64 |
|  | attorney's fees | 1000.00 | 1000.00 |
|  |  | $ 1919.72 | $ 1919.72 |

REPORT OF DISTRIBUTION - CONT'D                        PAGE  2  of  6

| 2.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) (Domestic Support Obligations) | $ | |
| CLAIM NUMBER        CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 3.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |
| CLAIM NUMBER        CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 4.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Wages, salaries or commissions limited to $10,950.00 | $ | |
| CLAIM NUMBER        CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

REPORT OF DISTRIBUTION - CON'T                          PAGE 3 of 6

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Farmers' and Fishermans' claims to the extent of $5,400. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Deposits by consumers to the extent of $2,425.00 | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                           PAGE 4 of 6

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                             Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $8,462.96 | 19.86019% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Capital Recovery II, as assignee of HSBC | $ 2,892.83 | $   574.52 |
| 2 | Dell Financial Services LLC | 1,708.90 | 339.39 |
| 3 | Capital One Bank (USA) NA | 1,870.59 | 371.51 |
| 4 | PYOD LLC as assignee of Citibank | 645.07 | 128.11 |
| 5 | PYOD LLC as assignee of Citibank | 255.80 | 50.80 |
| 6 | GE Money Bank (Sam's Club) | 1,089.77 | 216.43 |
|   |   | $ 8,462.96 | $ 1,680.76 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                    Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM# | CREDITOR | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN |
|---|---|---|---|---|

NONE

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: March 17, 2009                    /s/ Allan J. DeMars
                                              Trustee

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

| Case No.: | 08 B 20689 | Trustee's Name: | Allan J. DeMars |
|---|---|---|---|
| Case Name: | THURMAN D. NEWSON | Bank Name: | Bank of America |
| Taxpayer ID#: | 26-6587068 | Initial CD #: | CDI |
| For Period Ending: | 12/31/09 | Blanket bond (per case limit): | 5,000,000 |
| | | Separate bond (if applicable): | |
| | | Money Market #: | 375 555 0297 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 10/10/08 | Ref 6 | Ernesto Borges clients' fund account on behalf of debtor | initial deposit re right, title and interest purchase of 2006 Chevy Impala | 1129-000 | 1,200.00 | | 1,200.00 |
| 10/31/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.06 | | 1,200.06 |
| 10/10/08 | Ref 6 | Ernesto Borges clients' fund account on behalf of debtor | installment payment re right, title and interest purchase of 2006 Chevy Impala | 1129-000 | 800.00 | | 2,000.06 |
| 11/30/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.14 | | 2,000.20 |
| 12/10/08 | Ref 6 | Ernesto Borges clients' fund account on behalf of debtor | installment payment re right, title and interest purchase of 2006 Chevy Impala | 1129-000 | 800.00 | | 2,800.20 |
| 12/31/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.13 | | 2,800.33 |
| BALANCE CARRIED FORWARD | | | | | | | 2,800.33 |
| 1/9/09 | Ref 6 | Ernesto Borges clients' fund account on behalf of debtor | final payment re right, title and interest purchase of 2006 Chevy Impala | 1129-000 | 800.00 | | 3,600.33 |
| 1/31/09 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.05 | | 3,600.38 |
| 2/28/09 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.06 | | 3,600.44 |
| 3/13/09 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.04 | | 3,600.48 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 3/18/09 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 900.08 | 2,700.40 |
| 3/18/09 | Check 1002 | Allan J. DeMars | reimbursement of costs | 2200-000 | | 19.64 | 2,680.76 |
| 3/18/09 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,000.00 | 1,680.76 |
| 3/18/09 | Check 1004 | Capital Recovery II, as assignee of HSBC | 726(a)(2); 19.8601% | 7100-000 | | 574.52 | 1,106.24 |
| 3/18/09 | Check 1005 | Dell Financial Services LLC | 726(a)(2); 19.8601% | 7100-000 | | 339.39 | 766.85 |
| 3/18/09 | Check 1006 | Captial One Bank (USA) NA | 726(a)(2); 19.8601% | 7100-000 | | 371.51 | 395.34 |
| 3/18/09 | Check 1007 | PYOD LLC as assignee of Citibank | 726(a)(2); 19.8601% | 7100-000 | | 128.11 | 267.23 |
| 3/18/09 | Check 1008 | PYOD LLC as assignee of Citibank | 726(a)(2); 19.8601% | 7100-000 | | 50.80 | 216.43 |
| 3/18/09 | Check 1009 | GE Money Bank | 726(a)(2); 19.8601% | 7100-000 | | 216.43 | 0.00 |

```
                      TOTAL - ALL ACCOUNTS         NET DEPOSITS      DISBURSEMENTS       BALANCES
            Money Market #375 555 0297               3,600.48           3,600.48             0.00
            Net                                      3,600.48           3,600.48             0.00
                                                  Excludes account   Excludes payments   Total Funds
                                                     transfers           to debtor         on Hand
```